UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| ABIMAEL RODRIGUEZ, | Case No. 3:24-cv-00498-MMD-CSD |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN, LOVELOCK CORRECTIONAL CENTER, *et al.*, | |
| Respondents. | |

Petitioner seeks an extension of time to file his First Amended Petition. (ECF No. 24.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motion.

It is therefore ordered that Petitioner's first unopposed motion for enlargement of time (ECF No. 24) is granted. Petitioner has until November 3, 2025, to file his First Amended Petition.

DATED THIS 26th Day of August 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE