# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

ABIMAEL RODRIGUEZ,

                                    Petitioner,

        v.

WARDEN LOVELOCK CORRECTIONAL CENTER, *et al.*,

                                    Respondents.

Case No. 3:24-cv-00498-MMD-CSD

ORDER

Rodriguez seeks an extension of time to file his opposition to the motion to dismiss. (ECF Nos. 30, 31.) The Court finds that the request is made in good faith and not solely for the purpose of delay, and therefore, good cause exists to grant the motions.

It is therefore ordered that Rodriguez's first unopposed motion for enlargement of time (ECF No. 30) is granted *nunc pro tunc*.

It is further ordered that Rodriguez's second unopposed motion for enlargement of time (ECF No. 31) is granted. Rodriguez has until May 12, 2026, to file his opposition.

DATED THIS 18th Day of March 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE