UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ABIMAEL RODRIGUEZ,<br><br>                              Petitioner,<br><br>        v.<br><br>WARDEN, LOVELOCK CORRECTIONAL<br>CENTER, *et al.*,<br><br>                              Respondents. | Case No. 3:24-cv-00498-MMD-CSD<br><br>ORDER |

This matter before the Court is Rodriguez's motion for an extension of time (ECF No. 33 "Motion")) seeking an additional 66 days to file his opposition to the motion to dismiss his amended petition. Rodriguez has already had five months to respond to the motion to dismiss his amended petition, and the motion, which is only 11 pages, does not appear complex. (ECF Nos. 23; 28; 30-32). The Court finds good cause to grant Rodriguez one last 30-day extension of time to file his opposition to the motion to dismiss the amended petition. Due to the age of this case and the extensions of time given for Rodriguez's response to the motion, his counsel is directed to prioritize the briefing in this case over later-filed matters. Further extensions of time are unlikely to be granted absent compelling circumstances and a strong showing of good cause as to why a response to the motion to dismiss the amended petition could not be filed within the extended time allowed despite the exercise of due diligence.

It is therefore ordered that the motion for an extension of time (ECF No. 33) is granted in part and denied in part. Rodriguez has up to and including June 12, 2026, to file an opposition to the motion to dismiss the amended petition.

///

///

///

DATED THIS 12th Day of May 2026.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

2